UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    Plaintiff,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    Defendant.

Civil Action No. 23-0113 (CKK)

**JOINT STATUS REPORT**

Judicial Watch, Inc. ("Plaintiff") and U.S. Department of Health and Human Services ("Defendant"), by and through undersigned counsel, respectfully submit this joint status report.

This is a suit under the Freedom of Information Act, 5 U.S.C. § 552. The following request was submitted on March 3, 2022:

> All records, including, but not limited to, electronic mail, texts, memoranda, and handwritten notes, of, regarding, referring, or relating to any efforts of Vice Admiral Vivek H. Murthy, MD, MBA, U.S. Surgeon General, to contact any employee of Facebook, Twitter, TikTok, Instagram, Snapchat, Reddit, YouTube, LinkedIn, Tumblr, and Pinterest concerning COVID-19 or COVID-19 vaccines. Please provide records from January 20, 2021 to present.

On March 7, 2022, Defendant asked for clarification of the FOIA request and assigned tracking number 2022-00522-FOIA-OS. On March 8, 2022, Plaintiff clarified its request by providing Defendant with the following email domain names to be searched: @facebook.com; @twitter.com; @instagram.com; @tiktok.com; @tumblr.com; @reddit.com; @youtube.com; @snapchat.com; @linkedin.com; @pinterest.com.

Defendant has since searched for responsive documents, which uncovered six pages of non-responsive material.

Although the Court ordered the parties to submit a joint status report by June 7, 2023, Government counsel will be out of the office from May 30 to June 9, so they are filing one now. The parties propose that they be able to file another joint status report by Thursday, June 29, 2023, after Government counsel has returned to the office and the parties have been able to meaningfully confer about any issues in this case.

                                    *       *       *

Date:   May 26, 2023                        Respectfully submitted,
        Washington, DC
                                            MATTHEW M. GRAVES, D.C. Bar #481052
/s/ Jason B. Aldrich                        United States Attorney
Jason B. Aldrich
D.C. Bar No. 495488                         BRIAN P. HUDAK
JUDICIAL WATCH, INC.                        Chief, Civil Division
425 Third Street SW, Suite 800
Washington, DC 20024                        By:   /s/ Sam Escher
Tel: (202) 646-5172                               SAM ESCHER, D.C. Bar #1655538
Email: jaldrich@judicialwatch.org                 Assistant United States Attorney
                                                  601 D Street, N.W.
*Attorney for Plaintiff*                          Washington, D.C. 20530
                                                  (202) 252-2531
                                                  Sam.Escher@usdoj.gov

                                            *Attorneys for United States of America*

                                            2