UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    Plaintiff,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    Defendant.

Civil Action No. 23-0113 (CKK)

**JOINT STATUS REPORT**

Judicial Watch, Inc. ("Plaintiff") and U.S. Department of Health and Human Services ("Defendant"), by and through undersigned counsel, respectfully submit this joint status report.

This is a suit under the Freedom of Information Act, 5 U.S.C. § 552. The following request was submitted on March 3, 2022:

> All records, including, but not limited to, electronic mail, texts, memoranda, and handwritten notes, of, regarding, referring, or relating to any efforts of Vice Admiral Vivek H. Murthy, MD, MBA, U.S. Surgeon General, to contact any employee of Facebook, Twitter, TikTok, Instagram, Snapchat, Reddit, YouTube, LinkedIn, Tumblr, and Pinterest concerning COVID-19 or COVID-19 vaccines. Please provide records from January 20, 2021 to present.

On March 7, 2022, Defendant asked for clarification of the FOIA request and assigned tracking number 2022-00522-FOIA-OS. On March 8, 2022, Plaintiff clarified its request by providing Defendant with the following email domain names to be searched: @facebook.com; @twitter.com; @instagram.com; @tiktok.com; @tumblr.com; @reddit.com; @youtube.com; @snapchat.com; @linkedin.com; @pinterest.com.

Defendant has since searched for responsive documents related to Vivek Murthy, which uncovered six pages of non-responsive material. Plaintiff has requested that Defendant provide a

more detailed description of the search conducted by the agency, which Defendant did on July 11, 2023.

On Tuesday, July 25, 2023, the parties spoke about the Agency doing a search with the term "@fb.com." The Agency agreed, will perform the search within the next two weeks, and will report back to Plaintiff about the results.

In accordance with the Court's May 30, 2023, Minute Order, the parties will file another joint status report by Thursday, August 31, 2023.

\*       \*       \*

Date:   July 27, 2023
        Washington, DC

/s/ Jason B. Aldrich
Jason B. Aldrich
D.C. Bar No. 495488
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: jaldrich@judicialwatch.org

Attorney for Plaintiff

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Sam Escher
      SAM ESCHER, D.C. Bar #1655538
      Assistant United States Attorney
      601 D Street, N.W.
      Washington, D.C. 20530
      (202) 252-2531
      Sam.Escher@usdoj.gov

Attorneys for United States of America

2