UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JUDICIAL WATCH, INC.,

    Plaintiff,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    Defendant.

Civil Action No. 23-0113 (CKK)

---

**JOINT STATUS REPORT**

Judicial Watch, Inc. ("Plaintiff") and U.S. Department of Health and Human Services ("Defendant"), by and through undersigned counsel, respectfully submit this joint status report.

This is a suit under the Freedom of Information Act, 5 U.S.C. § 552. The following request was submitted on March 3, 2022:

> All records, including, but not limited to, electronic mail, texts, memoranda, and handwritten notes, of, regarding, referring, or relating to any efforts of Vice Admiral Vivek H. Murthy, MD, MBA, U.S. Surgeon General, to contact any employee of Facebook, Twitter, TikTok, Instagram, Snapchat, Reddit, YouTube, LinkedIn, Tumblr, and Pinterest concerning COVID-19 or COVID-19 vaccines. Please provide records from January 20, 2021 to present.

On March 7, 2022, Defendant asked for clarification of the FOIA request and assigned tracking number 2022-00522-FOIA-OS. On March 8, 2022, Plaintiff clarified its request by providing Defendant with the following email domain names to be searched: @facebook.com; @twitter.com; @instagram.com; @tiktok.com; @tumblr.com; @reddit.com; @youtube.com; @snapchat.com; @linkedin.com; @pinterest.com.

Defendant has since searched for responsive documents related to Vivek Murthy, which uncovered six pages of non-responsive material. Plaintiff has requested that Defendant provide a

more detailed description of the search conducted by the agency, which Defendant did on July 11, 2023.

On Tuesday, July 25, 2023, the parties spoke about the Agency doing a search with the term "@fb.com." The Agency agreed and performed the search, which revealed 36 documents totaling 663 pages. There were 7 documents all around 50 pages that the Agency deemed not responsive, leaving 310 pages of potentially responsive material. The Agency is processing these pages for release and plans to produce them to Plaintiff at the end of September.

In accordance with the Court's May 30, 2023, Minute Order, the parties will file another joint status report by Tuesday, October 3, 2023.

\*       \*       \*

Date:   August 31, 2023
         Washington, DC

/s/ Jason B. Aldrich
Jason B. Aldrich
D.C. Bar No. 495488
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: jaldrich@judicialwatch.org

Attorney for Plaintiff

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Sam Escher
         SAM ESCHER, D.C. Bar #1655538
         Assistant United States Attorney
         601 D Street, N.W.
         Washington, D.C. 20530
         (202) 252-2531
         Sam.Escher@usdoj.gov

Attorneys for United States of America